UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | Case No. 21-cv-1571 |
| v. ) ) | Hon. Steven C. Seeger |
| CHEESE MERCHANTS OF AMERICA, LLC, and ZACK WYPYCH, ) ) ) ) | |
| Defendants. ) ) | |

## FINAL JUDGMENT ORDER

The Court hereby enters final judgment as follows.

Judgment is hereby entered in favor of Plaintiff Continental Western Insurance Company and against Defendants Cheese Merchants of America, LLC and Zack Wypych (the plaintiff in the underlying lawsuit, and a necessary defendant here) on Count III (the "violation of law" exclusion), Count IV (the "access or disclosure of confidential or personal information" exclusion), Count VIII (the "violation of law" exclusion), and Count IX (the "access or disclosure of confidential or personal information" exclusion) of the First Amended Complaint (Dckt. No. 22). Judgment is hereby entered in favor of Plaintiff Continental Western Insurance Company and against Defendant Cheese Merchants of America, LLC on all counterclaims. The Court declares that Continental Western has and had no duty to defend or indemnify Cheese Merchants of America, LLC for the claims asserted by Zack Wypych, individually and on behalf of similarly situated individuals, in the lawsuit entitled *Zack Wypych, et al. v. Cheese Merchants of America, LLC*, pending in the Circuit Court of Cook County, Illinois under Case Number 2020 CH 02437.

All other remaining claims are hereby dismissed as moot in light of the declaration that this Court has entered in favor of Plaintiff Continental Western Insurance Company.

Date: March 10, 2023

Steven C. Seeger
United States District Judge